Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Civil Division

United States Courts
Southern District of Texas
FILED

AUG 19 2019

David J. Bradley, Clerk of Court

|  |  |  |
|---|---|---|
| :Paul: Stiggers, III, Agent | ) | Case No. _____ |
| _Plaintiff(s)_ | ) | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) ) ) ) | Jury Trial: _(check one)_  ☒ Yes  ☐ No |
| **-v-** | ) ) ) ) |  |
| Bank of America et al. | ) ) |  |
| _Defendant(s)_ | ) ) |  |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) |  |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | :Paul: Stiggers, III, Agent  Sui Juris |
| Street Address | 4833 Saratoga Blvd. #719 |
| City and County | Corpus Christi, Nueces County |
| State and Zip Code | Texas Republic,  (78413) |
| Telephone Number | 361-800-5143 |
| E-mail Address | paulstiggers@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Bank of America et al. |
| Job or Title *(if known)* | |
| Street Address | 100 N. Tryon St. |
| City and County | Charlotte, Mecklenburg County |
| State and Zip Code | North Carolina 28255 |
| Telephone Number | 800-432-1000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  :Paul: Stiggers, III, Agent _____ , is a citizen of the State of *(name)*  Texas Republic _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)*    Bank of America et al.    , is incorporated under
the laws of the State of *(name)*    Deleware    , and has its
principal place of business in the State of *(name)*    North Carolina    .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at
stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Bank of America has willingly, knowingly, intentionally, or voluntarily agreed and acquiesced
through its non-response to the facts stated in the Conditional Acceptance/Affidavits sent, and
is therefore in default under contract. Bank of America never used their book keeping entries
to rebutt even one of the claims that they are guilty of Breach of Contract, Fraud in the Factum,
Theft, Extortion and Unjust Enrichment.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached exhausted/completed Administrative Remedy/Procedure: UCC-1 Financing Statement, Conditional
Acceptance# CA-052819-BOFA, Notice of Fault and Opportunity to Cure and subsequent Affidavit and Notice
of Default. Plaintiff has exhausted his Private Administrative Remedy/Procedure, based on the Administrative
Procedures Act of 1949, and through the Defendants' non-response, acceptance and commercial acquiescence of
the facts as outlined in the Affidavit and Notice of Default. Defendants were afforded commercial grace and an
opportunity to provide the requested proofs of claims and failed to provide proofs of claims as enumerated in the
Conditional Acceptance #CA-052819-BOFA sent to Defendants via Certified Mail# 7019 0160 0000 7947 7473
on Tuesday May 28th, 2019 and received by Defendants on Saturday June 1st, 2019. Since Defendants never
responded within 30 days, Defendants were sent a Notice of Fault and Opportunity to Cure the fault and failed to
respond within 21 days. Through Defendants non-response and silence, the Defendants have quietly agreed to all
of the facts as outlined in the Notice of Default. The Defendants know that their book keeping entries will
clearly show that they are guilty of Breach of Contract, Fraud in the Factum, Theft, Extortion and Unjust
Enrichment. Therefore, the Plaintiff states a superior claim upon which relief can be granted and the Defendants
failed to use their book keeping entries to state a claim upon which relief can be granted.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff prays for relief of $60,000,000.00 as agreed to and acquiesced by Bank of America through the Plaintiff exhausting his Private Administrative Remedy through requests for proofs of claim, Bank of America's subsequent non-response to Conditional Acceptance# CA-052819-BOFA, non-response to the Notice of Fault and Opportunity to Cure and subsequent Default as a result of Bank of America willful failure to respond. Plaintiff has been risking his life, driving tractor tankers full of hazardous fuels through the hot desert of West Texas and New Mexico, believing he owed money on a fraudulent alleged loan from Bank of America. The thousands of dollars Plaintiff wasted on extortion payments to Bank of America, would have been used as leverage to purchase a fleet of tractor tankers for Plaintiff's trucking company P. Stiggers Logistics, LLC; EIN 81-1971962.  Plaintiff trusted the Auditing firm for Bank of America, Corporate Audit, reporting that Bank of America was in full compliance with the Uniform Commercial Code and Generally Accepted Accounting Principles. ALL LIES!! The stress and anxiety inflicted on Plaintiff by Bank of America due to their theft, fraud, extoriton and unjust enrichment, has been a daily struggle.  Plaintiff also pray for triple damages, punitive damages and all court costs.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _8/14/2019_____

Signature of Plaintiff    By: Paul. Stiggers, III, Agent
Printed Name of Plaintiff    By: Paul. Stiggers, III, Agent

### B.    For Attorneys

Date of signing:    _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**447417**          **2017 Nov 17 PM03:21**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

> Stiggers, Paul:
> 5501 Central Freeway #1522
> Wichita Falls, TX USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME  PAUL STIGGERS, III TRUST © | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS  4833 SARATOGA BLVD #280 | CITY  CORPUS CHRISTI | STATE TX | POSTAL CODE | COUNTRY USA |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION TRUST | 1f. JURISDICTION OF ORGANIZATION PRIVATE | NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 2a. ORGANIZATION'S NAME  PAUL STIGGERS, III; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS  4833 SARATOGA BLVD #280 | CITY  CORPUS CHRISTI | STATE TX | POSTAL CODE 00000 | COUNTRY USA |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION TRUST | 2f. JURISDICTION OF ORGANIZATION PRIVATE | NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME  Stiggers | FIRST NAME  Paul; | MIDDLE NAME | SUFFIX III |
|---|---|---|---|

| 3c. MAILING ADDRESS  5501 Central Freeway #1522 | CITY  Wichita Falls | STATE TX | POSTAL CODE | COUNTRY USA |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:

**See Collateral Attachment**

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | X BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA DATE: SIGNATURE: | | | | | | |

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**Filing Number-201711178497674**

**447417        2017 Nov 17 PM03:21**

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME PAUL STIGGERS, III TRUST © |
| --- |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| --- | --- | --- |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME   PAUL STIGGERS, III |
| --- |

OR

| 11b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- | --- |
| 11c. MAILING ADDRESS DTC 55 WATER STREET | | CITY   NEW YORK | STATE NY | POSTAL CODE | COUNTRY USA |
| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION TRUST | 11f. JURISDICTION OF ORGANIZATION PRIVATE | | □ NONE |

**12. □ ADDITIONAL SECURED PARTY'S or □ ASSIGNOR S/P'S NAME** - Insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME |
| --- |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a □ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a [X] Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate

**18.** Check only if applicable and check only one box.
[X] Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction — effective 30 years
□ Filed in connection with a Public-Finance Transaction — effective 30 years

COLLATERAL ATTACHMENT   447417   2017 Nov 17 PM03:21 pg. 1

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; PAUL STIGGERS, III TRUST© in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in end of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-man,' Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on debtor entitles is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like , not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document ███████████, SSN/UCC Contract,Trust Account-prepaid account Number: ██████████ Exemption Identification Number: 289661385, is herein liened and claimed at a sum certain $100,000,000.00, also registered; Security Agreement No. 01081971-PS-SA, Hold Harmless & Indemnity Agreement No. 01081971-PS-HHIA, Copyright under item no.: 01081971-PS-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party, Paul: Stiggers, III, is living flesh and blood sojourning upon the soil of the land known as Texas, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverance and by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rei ad se non pertienti. All property currently held are outstanding belongs to the Trust administered by Trustee/Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Das Nations, Geneva, From April 19 to May 5,1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit La Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

**UCC FINANCING STATEMENT**

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Paul: Stiggers 8002272672

**E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Paul: Stiggers
5601 Central Freeway #1522
Wichita Falls, TX 76305
USA

**FILING NUMBER: 17-0038952934**
FILING DATE: 11/17/2017 　　 04:08 PM
DOCUMENT NUMBER: 774966260002
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| **1a. ORGANIZATION'S NAME** | |
| OR | **PAUL STIGGERS, III; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION** |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **4833 SARATOGA BLVD #280** | **CORPUS CHRISTI** | **TX** | | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| **2a. ORGANIZATION'S NAME** | |
| OR | **PAUL STIGGERS, III** |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **DTC 55 WATER STREET** | **NEW YORK** | **NY** | | **USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | |
|---|---|
| **3a. ORGANIZATION'S NAME** | |
| OR | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **Stiggers** | **Paul:** | | **III** |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5601 Central Freeway #1522** | **Wichita Falls** | **TX** | | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
This is an informational filing. Please see UCC-1 Financing Statement No. 201711178497674 on file with the New York State Department of State Uniform Commerical Code Division.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction　☐ Manufactured-Home Transaction　☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien　☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor　☐ Consignee/Consignor　☐ Seller/Buyer　☑ Bailee/Bailor　☐ Licensee/Licensor

OPTIONAL FILER REFERENCE DATA:
Date: Signature:

page 2

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
| PAUL STIGGERS, III; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION |

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
| **PAUL STIGGERS, III TRUST ©** |

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **4833 SARATOGA BLVD #280** | **CORPUS CHRISTI** | **TX** | | **USA** |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bank of America
Brian T. Moynihan, CEO
100 North Tryon Street
Charlotte, NC 28255

9590 9402 3934 8060 8854 59

2   7019 0160 0000 7947 7473
7019 0160 0000 7947 7473

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X **Lavoris Little**
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

   

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

USPS TRACKING #

9590 9402 3934 8060 8854 59

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Paul Stiggers, III
522 W. Mermod St. #755
Carlsbad, NM (88220)

# Conditional Acceptance # CA-052819-BOFA

Certified Mail Number 7019 0160 0000 7947 7473
New York Secretary of State Filing Number 2019 0527 8241 916

Tuesday, May 28, 2019

To: Brian T. Moynihan, CEO                     From:    Paul: Stiggers, III
    Bank of America                                                  522 W. Mermod St. #755
    100 N. Tryon St.                                                 Carlsbad, NM (88220)
    Charlotte, NC 28255

RE: CONDITIONAL ACCEPTANCE (CA) – REQUEST FOR PROOF OF CLAIM CONCERNING A BREACH IN OUR ALLEGED LOAN AGREEMENT, FRAUD IN THE FACTUM AND THEFT.

Dear Mr. Brian T. Moynihan,

My name is Paul: Stiggers, III; Secured Party Creditor/Private Banker and Commercial Hazardous Material Truck Driver; UCC-1 Financing Statement Filing number 201711178497674, IRS Estate number 82-7118308. After consulting with my Certified Public Accountant and completing extensive research of Generally Accepted Accounting Principles, GAAP Laws, UCC §3-302-308 Holder In Due Course Laws, UCC §2-609 Adequate Assurance of Due Performance, Federal Reserve Bank publications, and Federal Rules of Evidence Articles 1-11; It appears that my alleged Lender, Bank of America, is NOT the holder in due course of our alleged Loan Agreement, hence, breaching our alleged Loan Agreement; account number 592-02048770214. Bank of America appears to have violated GAAP Laws, engaged in Fraud in the Factum and theft of my money, or theft of my Original signed/Promissory Note/Cash Equivalent. I trusted the advertising by Bank of America, saying that if I qualify, Bank of America would loan me THEIR money to purchase the Recreational Vehicle, RV that I wanted. I trusted the opinions of the Accounting and Auditing firm for Bank of America, Corporate Audit, verifying that Bank of America is in strict compliance with Generally Accepted Accounting Principles, the Uniform Commercial Code and Consumer Protection Laws. I seek Proof a Claim in the nature of exhausting my private administrative remedy from your Office as to the torts committed by Bank of America against my estate. I want to resolve this matter as soon as possible and I can only do so conditioned upon you, Bank of America, providing Proof of Claim.

As necessary, the Proofs of Claim are enumerated below:

1. PROOF OF CLAIM that Bank of America is NOT subject to the Uniform Commercial Code §3-302-308, Holder in Due Course laws and Generally Accepted Accounting Principles. A violation of Holder in due Course Laws and GAAP Laws would make our alleged Loan Agreement null and void, a Breach.

2. PROOF OF CLAIM that Bank of America has NOT stolen the original signed alleged Loan Agreement/Promissory Note/Cash Equivalent and IS the Holder in Due Course of the original alleged Loan Agreement/Promissory Note/Cash Equivalent, valued at $37,675.77, and complied with the following court case: "Where an instrument is neither payable to order or bearer no one can qualify as holder in due course" –Key Bank of Southeastern N.Y. v. Strober Bros. Inc., 1988, 136 A.D. 2d 604.

   Did Bank of America pay me, Paul: Stiggers, III, alleged "Borrower", an "equal consideration" check of $37,675.77 after my alleged Loan Agreement/Promissory Note/Cash Equivalent was deposited as an asset by Bank of America, creating a bank liability according to GAAP Laws?

3.  PROOF OF CLAIM that Bank of America complied with UCC §2-609, Adequate Assurance of Due Performance and has performed according to the original alleged Loan Agreement, and Bank of America used THEIR OWN MONEY to fund the check that paid Motor Home Specialist for my RV. And, DID NOT deposit my Promissory Note/Cash Equivalent as an asset, creating a bank liability and new money, to fund the check that paid Motor Home Specialist for my RV; which would have an economic effect similar to stealing, counterfeiting and swindling. I am defining the word stealing or theft as Bank of America obtaining my Promissory Note/Cash Equivalent without paying me one cent as equal consideration to buy my Promissory Note/Cash Equivalent, based on GAAP and Holder In Due Course Laws. And, recording the signed Promissory Note/Cash Equivalent as a loan from me, Paul: Stiggers, III, to Bank of America, and *concealing this loan*. I am defining counterfeiting as *altering* the signed Promissory Note/Cash Equivalent and creating new money or bank liabilities. I am defining swindling as the same or similar economics and or bookkeeping entries, for example, as stealing an asset worth over $37,000 from Paul: Stiggers, III and then returning the value of the stolen property to Paul: Stiggers, III as an RV loan that Paul: Stiggers, III must pay over the next fifteen years.

4.  PROOF OF CLAIM that the monthly payments of $317.73 from Paul: Stiggers, III, to Bank of America are NOT EXTORTION PAYMENTS, since Bank of America knew that they never loaned their own money to fund the check that paid Motor Home Specialist for the RV; But, it was the signed Promissory Note/Cash Equivalent from me, Paul: Stiggers, III, that Bank of America deposited as an asset, created a bank liability or new money, converted the new money into a loan, then funded the check that paid Motor Home Specialist for the RV. Then, according to the alleged Loan Agreement, Bank of America threatened to "repossess" my RV if I, Paul: Stiggers, III, alleged "Borrower", did not make 180 monthly payments of $317.73 with an interest of 5.99%.

5.  PROOF OF CLAIM that the bookkeeping entries by the Accounting and Auditing firm for Bank of America, Corporate Audit, will NOT show that the signed Promissory Note/Cash Equivalent, deposited as an asset by Bank of America, funded the check that paid Motor Home Specialist for the RV; Proving that the multi media advertising by Bank of America, constantly and purposely used false statements that Bank of America would use THEIR money to fund the checks to purchase vehicles from dealerships across the nation, deceiving hard working Americans, like me.

6.  PROOF OF CLAIM that the intent of the alleged Loan Agreement/Promissory Note/ Cash Equivalent, per bookkeeping entries, is that the party who funded the check used to pay Motor Home Specialist, should be repaid.

7.  PROOF OF CLAIM that the bookkeeping entries by the Accounting and Auditing firm for Bank of America, Corporate Audit, will NOT show that Bank of America owes equal consideration to Paul: Stiggers, III in the amount of $37,675.77, after receiving his signed Promissory Note/Cash Equivalent that was deposited by Bank of America as an asset then converted into an RV loan; which would be a violation of Holder in Due Course Laws, GAAP Laws and Fraud in the Factum.

8.  PROOF OF CLAIM that, according to the bookkeeping entries by the Accounting and Auditing firm for Bank of America, Corporate Audit, the signed Promissory Note/ Cash Equivalent sent to Bank of America was NOT a loan FROM Paul: Stiggers, III that was concealed and converted into another loan TO Paul: Stiggers, III. Why didn't Bank of America use THEIR money to fund the check that paid Motor Home Specialist for the RV? Why did Bank of America use my money, my signed Promissory Note/Cash Equivalent as an asset to create a bank liability and new money to loan back to me, deceiving me into believing that I now owe a total of $57,191.40 over fifteen years? Hence, Breach of Agreement, Fraud in the Factum and Unjust Enrichment by Bank of America.

9. PROOF OF CLAIM that Bank of America is in compliance with UCC§ 8-315, Federal Rules of Evidence, Rule 1003 and the computer generated version/copy of the alleged Loan Agreement that Bank of America mailed to me, after I requested the original alleged Loan Agreement, is NOT a forgery. No title passes with theft or a forgery. Grand Larceny is punishable by up to 7 years in prison for every banker, accountant and auditor involved in stealing the money/signed Promissory Note/Cash Equivalent belonging to Paul: Stiggers, III. I have been working 10-14 hours per day, 5-7 days per week, RISKING MY LIFE, driving hazardous flammable fuels in the frigid winters of North Dakota and the hot desert of west Texas and New Mexico, FOR Bank of America, FOR FREE, to pay the fraudulent total balance of over $57,000 on the alleged Loan Agreement.

10. PROOF OF CLAIM that Bank of America is NOT liable to me, Paul: Stiggers, III, for damages, risks and costs of $60,000,000.

The undersigned must ask, "What is my remedy?"

The undersigned respectfully requests that you, Bank of America, reply within (10) days by providing Proof of Claim for all 10 items to the undersigned at the address above.

A non-response and or failure to provide Proof of Claim will constitute agreement by you, Bank of America, Brian T. Moynihan, and that the undersigned can exercise the remedy provided by all applicable laws, federal, state and local. Your non-response will equate to commercial acquiescence to the terms outlined by the undersigned in a final Affidavit and Notice of Default.

Sincerely,
Without Prejudice

Paul: Stiggers III
Paul: Stiggers, III

# ACKNOWLEDGEMENT

As a Notary Public for said Eddy County and State of New Mexico, I do hereby certify that on this 28th day of _____ May _____, 20 19 that Paul: Stiggers, III , the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

Notary Public

My commission expires   4-8-2022

OFFICIAL SEAL
Mary A. Garcia
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires:   4-8-2022

SEAL



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brian T. Moynihan
Bank of America
100 N. Tryon St.
Charlotte, NC 28255

9590 9402 3934 8060 8854 80

2. Article Number (Transfer from service label)

7019 0160 0000 7947 5740

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**Conditional Acceptance # CA-052819-BOFA**

Certified Mail No. 7019 0160 0000 7947 7404

New York Secretary of State Filing No. 2019 0703 8302 439

Wednesday, July 3, 2019

To:    Brian T. Moynihan, CEO            From:    Paul: Stiggers, III
       BANK OF AMERICA                            522 W. Mermod St. #755
       100 N. TRYON ST.                           Carlsbad, NM 88220
       CHARLOTTE, NC 28255

RE: CONDITIONAL ACCEPTANCE (CA) - REQUEST FOR PROOF OF CLAIM CONCERNING A
BREACH IN OUR CREDIT CARD AGREEMENT, FRAUD IN THE FACTUM AND THEFT.

## Notice of Fault and Opportunity to Cure and Contest Acceptance

Dear Bank of America:

The undersigned caused to be sent to you a CONDITIONAL ACCEPTANCE FOR PROOF OF CLAIM
#CA-052819-BOFA, sent to you on June 1st, 2019.

You failed to perform after receiving these presentments and you failed to perform by providing the
requested and necessary PROOFS OF CLAIM after receiving the said Conditional Acceptance from
the undersigned.

As the Respondent, you are now in fault and you are in agreement and have stipulated to the terms of
the undersigned's dated presentment through your dishonor. You have the right to cure this fault and
perform according to said terms within the ten (10) days from the postmark of this Notice.

Should you fail to cure your fault, I will establish an affidavit of default, agreement and failure to
contest acceptance, pursuant to and relative to UCC, State Statute, Federal Laws and otherwise.

Thank you for your prompt attention to this matter.

I declare under penalty of Perjury WITHOUT the United States that the above is the truth the whole
truth and nothing but the truth to the best of my knowledge and overstanding.

Sincerely,
Without Prejudice


:Paul: Stiggers, III

Page **1** of **1**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brian T. Moynihan, CEO
Bank of America
100 N. Tryon St.
Charlotte, NC 28255

9590 9402 5176 9122 7325 97

2. Article Number *(Transfer from service label)*

7019 1120 0001 1007 7777

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *[signature]*  ☐ Agent
                 ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

*[postmark: CHARLOTTE NC U.S.P.S.]*

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5176 9122 7325 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•



Paul: Stiggers, III
522 W. Mermod St. #755
Carlsbad, NM (88220)

Conditional Acceptance # CA-052819-BOFA

Certified Mail Number 7019 1120 0001 1007 7777
New York Secretary of State Filing Number 2019 0731 8343 838

Wednesday, July 31st, 2019

To: Brian T. Moynihan, CEO          From:  Paul: Stiggers, III
    Bank of America                              522 W. Mermod St. #755
    100 N. Tryon St.                             Carlsbad, NM (88220)
    Charlotte, NC 28255

RE: CONDITIONAL ACCEPTANCE (CA) – REQUEST FOR PROOF OF CLAIM CONCERNING
A BREACH IN OUR ALLEGED LOAN AGREEMENT, FRAUD IN THE FACTUM AND THEFT.

**AFFIDAVIT AND NOTICE OF DEFAULT**

State of North Carolina    )
—              ) ss
County of Mecklenburg    )
—

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**"Indeed, no more than (affidavits) is necessary to make the prima facie case."**
**United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W.**
**2169; S.Ct. March 22, 1982**

I, Paul: Stiggers, III, herein 'Affiant," a living breathing man, being first duly sworn, depose, say and declare by my signature that the following facts are true, correct and complete to the best of my knowledge and belief.

1. THAT, Affiant is competent to state the matters included in his declaration, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in his affidavit are true, correct, and not meant to mislead.

2. THAT, Affiant (via Certified Mail) sent a Conditional Acceptance requesting Proofs of Claim to Bank of America on June 1st, 2019.

3. THAT, Respondent, Bank of America., is herein addressed in its public capacity as a Corporation and hereinafter collectively referred to as "Respondent".

4. THAT, Bank of America has willingly, knowingly, intentionally, or voluntarily agreed and acquiesced through its non-response to the facts stated herein.

5. THAT, Bank of America IS subject to the Uniform Commercial Code §3-302-308, Holder in Due Course laws and IS subject to Generally Accepted Accounting Principles, GAAP Laws, and has violated those laws, breaching our alleged Loan Agreement.

6. THAT, Bank of America has stolen the original signed alleged Loan Agreement/Promissory Note/Cash Equivalent, valued at $37,675.77, sold/traded the Instrument in the market for their own personal profit/unjust financial gain. Based on today's fractional reserve rate for banks, Respondent's profit was many times the value of the original Loan Agreement/ Promissory Note/Cash Equivalent. And, since Respondent has sold/traded the original alleged Loan Agreement, Respondent is NOT the Holder in Due Course of the Instrument. And Respondent violated the following court case:

"Where an Instrument is neither payable to order or bearer no one can qualify as holder in due course." -Key Bank of Southeastern N.Y. v. Strober Bros. Inc., 1988, 136 A.D. 2d 604.

Bank of America never paid Affiant, the bearer of the Instrument/alleged Loan Agreement/Cash Equivalent, an "equal consideration" of $37,675.77 after depositing the said Instrument as an asset.

7. THAT, Bank of America is NOT the Holder in Due Course of the alleged Loan Agreement/Promissory Note/Cash Equivalent and can't produce the original alleged Loan Agreement with the signature of Affiant and Respondent. Bank of America can only produce a forged computer-generated copy of the alleged Loan Agreement. Therefore, Respondent cannot lawfully receive monthly payments from Affiant. Respondent has been *extorting* a monthly payment of $317.73 from Affiant since December 10th, 2018. The balance on the alleged Loan Agreement should have been zero at closing.

8. THAT, Bank of America did NOT comply with UCC §2-609, Adequate Assurance of Due Performance and has not performed according to the original alleged Loan Agreement. Respondent did not use THEIR OWN MONEY to fund the check that paid Motor Home Specialist for Affiant's Recreational Vehicle. Respondent deposited Affiant's alleged Loan Agreement/Promissory Note/Cash Equivalent as an asset, creating a bank liability and new money according to GAAP Laws. Then Respondent used that new created money to fund the check that paid Motor Home Specialist for Affiant's RV; which would have an economic effect similar to stealing, counterfeiting and swindling. Affiant is defining the word stealing or theft as Respondent obtaining Affiant's Promissory Note/Cash Equivalent without paying Affiant one cent as equal consideration to buy Affiant's Promissory Note/Cash Equivalent, based on GAAP and Holder in Due Course Laws. And, recording the signed Promissory Note/Cash Equivalent as a loan from Affiant to Respondent, and concealing that loan. I am defining counterfeiting as altering the signed Promissory Note/Cash Equivalent and creating new money or bank liabilities. I am defining swindling as the same or similar economics as stealing an asset worth over $37,000 from Affiant and then returning the value of the stolen property to Affiant as a loan that Affiant must pay over the next fifteen years.

9. THAT, the monthly payments of $317.73 from Affiant to Respondent are EXTORTION PAYMENTS, since Respondent knew that they never loaned their own money to fund the check that paid Motor Home Specialist for the RV; But, it was the signed Promissory Note/Cash Equivalent from Affiant that Respondent deposited as an asset, created a bank liability and new money, converted the new money into a loan, then funded the check that paid Motor Home Specialist for the RV. Then, according to the original alleged Loan Agreement, Respondent threatened to "repossess" Affiant's RV if Affiant, alleged "Borrower", did not make 180 monthly payments of $317.73 with an interest of 5.99%.

10. THAT, the bookkeeping entries by the Accounting and Auditing firm for Respondent, Corporate Audit, WILL show that Affiant's signed original Promissory Note/Cash Equivalent, deposited as an asset by Respondent, actually funded the check that paid Motor Home Specialist for the RV; Proving that the multi media advertising by Respondent, constantly and purposely used false statements that Bank of America would use THEIR money to fund the checks to purchase vehicles from dealerships across the nation, deceiving hard working Americans, like me.

11. THAT, the intent of the alleged Loan Agreement/Promissory Note/ Cash Equivalent, per bookkeeping entries, is that the party who funded the check used to pay Motor Home Specialist, should be repaid.

12. THAT, the bookkeeping entries by the Accounting and Auditing firm for Bank of America, Corporate Audit, WILL show that Respondent owes equal consideration to Affiant in the amount of $37,675.77, since Respondent stole Affiant's original signed Promissory Note/Cash Equivalent, deposited the Instrument as an asset, created a bank liability and new money, then converted that new money into an RV loan to Affiant. Hence, a violation of Holder in Due Course Laws, GAAP Laws and Fraud in the Factum.

13. THAT, according to the bookkeeping entries by the Accounting and Auditing firm for Bank of America, Corporate Audit, the signed original Promissory Note/ Cash Equivalent sent to Respondent was a loan FROM Affiant that was concealed and converted into another loan TO Affiant.   Why didn't Respondent use THEIR money to fund the check that paid Motor Home Specialist for the RV? Why did Bank of America use Affiant's money, Affiant's signed Promissory Note/Cash Equivalent as an asset to create a bank liability and new money, to loan back to Affiant, deceiving Affiant into believing that Affiant now owes a total of $57,191.40 over fifteen years?   Hence, Breach of Agreement, Fraud in the Factum and Unjust Enrichment by Respondent.

14. THAT, Respondent is NOT in compliance with UCC§ 8-315, Federal Rules of Evidence, Rule 1003, and the computer-generated copy of the original alleged Loan Agreement that Respondent mailed to Affiant, after Affiant requested the original alleged Loan Agreement, IS a forgery.

No title passes with theft or a forgery. Grand Larceny is punishable by up to 7 years in prison for every banker, accountant and auditor involved in stealing the money/signed Promissory Note/Cash Equivalent belonging to Affiant.

I have been working 10-14 hours per day, 5-7 days per week, RISKING MY LIFE, driving hazardous flammable fuels in the frigid winters of North Dakota and the hot desert of west Texas and New Mexico, FOR Bank of America, FOR FREE, in an effort to pay the fraudulent total balance of over $57,000 on the alleged Loan Agreement.

15. THAT, Bank of America is liable to Affiant, for risks and costs of at least $60,000,000 plus triple for damages.


Further Affiant sayeth not.
Dated this Wednesday, July 31st, 2019

Sincerely,
Without Prejudice,


Paul: Stiggers, III

Paul: Stiggers, III

## ACKNOWLEDGEMENT

As a Notary Public for the State of New Mexico, I do hereby certify that on this _____31_____ day of ____July____ 2019, that Paul: Stiggers, III, the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

Notary Public _____

My Commission expires _06/12/2022_____

OFFICIAL SEAL
**Dayne Hooten**
NOTARY PUBLIC · STATE OF NEW MEXICO
My Commission Expires _06/12/2022_

SEAL

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
:Paul: Stiggers, III, Agent

## DEFENDANTS
Bank of America et al.

**(b)** County of Residence of First Listed Plaintiff  Dallas County, Texas Republic
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Mecklenburg County, NC
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

United States Courts
Southern District of Texas
F I L E D

AUG 1 9 2019

David J. Bradley, Clerk of Court

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
        Plaintiff

☐ 2  U.S. Government
        Defendant

☐ 3  Federal Question
        *(U.S. Government Not a Party)*

☒ 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☒ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
        Proceeding

☐ 2  Removed from
        State Court

☐ 3  Remanded from
        Appellate Court

☐ 4  Reinstated or
        Reopened

☐ 5  Transferred from
        Another District
        *(specify)*

☐ 6  Multidistrict
        Litigation -
        Transfer

☐ 8  Multidistrict
        Litigation -
        Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC Sec. 77q (a) (1) (2) (3)

Brief description of cause:
Breach of Contract, Fraud in the Factum and Theft

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
60,000,000.00

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas  ▼

:Paul: Stiggers, III, Agent

_____
*Plaintiff*

)
)
)
)
)
)
)

v.

Bank of America et al.

_____
*Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bank of America et al.
Brian T. Moynihan, CEO
100 North Tryon St.
Charlotte, NC 28255

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: :Paul: Stiggers, III, Agent
4833 Saratoga Blvd. #719
Corpus Christi, Texas Republic (78413)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Paul Stuggers, II, Agent
4833 Saratoga Blvd. #719
Corpus Christi, TX 78413

United States
Southern FILED
AUG 19 2019
David J. Bradley, Clerk of Court

US District Court
Southern District of Texas
Houston Division
515 Rusk St.
Houston, TX 77002





CERTIFIED MAIL

7019 1120 0001 1007 8132

U.S. POSTAGE PAID
FCM LG ENV
CARLSBAD, NM
88220
AUG 14, 19
AMOUNT
$8.50
1000
77002